Thank you for your support. My name is Steve Spahn, and I represent Dignity Health, and I'm happy to respond to a couple of brief comments from our audience. I want to support and uphold that churches must establish church plans. Such a requirement would be radical and extraordinary. It would mean that three federal agencies and hundreds, if not thousands, of religious entities would be completely violating the Resolution for a third of a century. That can be right for three reasons. First, there is the text. Second, numerous federal statutes presume that a church may not establish a church plan. And three, the contemporaneous, consistent, and long-standing view of three federal agencies supports substantial changes. Next, part 7c.1 says that a plan established and maintained by a church includes a plan maintained by an associated organization. So, c.1 does provide an alternative way for plans to satisfy a church's need. And Congress also intended to require churches to establish c.1 plans. The statute that I read in c.1, a plan maintained by a church, includes a plan maintained by an associated organization. This is not in the language to require c.1 plans, but it's a very certain list of federal agencies. Disabled veterans are a church of the year. Disabled veterans includes past and future. Next, c.2 says that a plan maintained by a church includes a plan maintained by an associated organization. This is not in the language to require c.1 plans, but it's a very certain list of federal agencies. Next, c.3 says that a plan maintained by a church includes a plan maintained by an associated organization. Next, c.4 says that a plan maintained by a church includes a plan maintained by an associated organization. So, that's been covered with that regards to disability. Absolutely, and the counsel's engagement is a nonsensical reading. And it's a nonsensical reading because pure common sense reads that word disability as just all the work in disability statute. Care itself is meaningless. It's a worthless thing. It has nothing to do with disability, which is the whole statute. And that's why I was concerned as well. The counsel could have given instead of given a different answer. It not only would have included the plain text. It would have had the other statutes. It would have had 30 years of guardsmen without regards to disability. What I assume when you read that is disability and disability veterans, disability at school work, care and maintenance is doing the work, and the other side will not and never ever has, nor will they ever give you a reason why a church should have to establish these plans. It's just not reasonable. I like your example where you hope that the guardsmen might be disabled. So, I'm going to get back to the text. We've talked about how the statute. Is there a section A? Is there a section C? What's the section A? You don't have to start with section A. Otherwise, the use of the term is free. But the only way to get meaning to the use of the word established, purpose, inclusion, and C1. Established is between C1 plans and A plans of impurity. And that's why the first circuit didn't have a reason why their reading wasn't, whether the word established in C1 is useless. They thought all reading read a word established in A's purpose. That's what they said. But that's plainly not true because any plan that's for church employees or church employees that's not maintained by a single entity has to be established by a church. So, section A covers A's and C1 doesn't. And also, it's a drafting matter because Congress uses the construct of the statute to maintain both A and C1. You have to leave the word established in A because that's what it is. It's a permissive statement. So, why didn't they just make it in the district? They could have omitted A, but as you know, Congress is entitled to act unilaterally and officially grant information that would have been Congress. Again, I don't think the other side, what the other side wants to do is just say, well, the main case has been modified, and you don't have to be a community to establish the C1. If there's a C2 word established, then it's workable. And, again, this is the thing that happens when you talk about those grander statutes that presuppose that C1 plans have the same favor treatment as plans that are prescribed by a church, but identify real common sense and all sense of difference. There are three agencies in a statute like this with so much simplicity and interrelationship with other statutes, which is sleep at the switch and miss the boat for 32 years, anti-promotion issues, climate change discrimination, each of which have massive financial, legal, and religious consequences. And then, if you do read their analysis, it's pretty obvious that the middle of 1983 is quite terrible. It comes through A, it goes through C1, and reveals that it was putting those plans on parity, and then explains that prescribed activities meet the definition of C1, which is a far-fetched error. It goes on and recounts the history of the IRS proposing a bill, and having previously ruled that such possible harm occurred had preceded Congress and had overruled their determination. And that's the sort of thing that's necessary to decide in times when a party in the church is a part of the church. Question. You are talking about... Of course you are. No, all of them have been set for a third century, let's be clear. And yes, I just thought it would not be an orange constraint. When your church establishes that plan, it helps the orderly with the cook and the janitor. Everyone agrees that plans can cover employees outside the church, anybody deemed outside the church. There is no reason rational or irrational to make a church establish these plans. We know that these are the main purpose for beneficiaries, and if you cite it as an instance of church plans going bankrupt, it's not clear how the church established it would be to prevent it from a healthy situation. Any reason as to what was the reason for this? Is it because the supports for churches in Congress didn't want to be the specifics of it? Or is it that the church already knows that it's the reason it's an exceptional church? No, it's not. No? No, because it's not. Again, there's no difference between a church or a church school,  with respect to the First Amendment that makes it difficult to establish a plan. If anything, all the constitutional arguments were in our way, because it produces new, radical new construction that's never been applied. We have the very same problems that we faced in the 1980 Congress, with discriminating between churches and their agencies, having us decide that it's just because nuns and female and Catholic congregations are out of church when they're doing Jesus ministry. It also interferes with church governance. And part of it, which I think is the most troubling, is it discriminates between hierarchical and congregational denominations. I think it's a similar problem that I disagree with as a human being, and I believe there are some limits that one requires, and that not only have been maintained, but that have been established by the church. This is a case that's been established by church members. Yes. I mean, that's reason why this is somewhat of a miscellaneous requirement. In this case, it's clear that sponsored congregations, which are conceded to be observed, funded, adopted, merged, and executed this plan. So, Quorum 2 of the record is the signature page that establishes the plan where all the employers of those set of plans are signing in as affiliates or tied down to the employer. And under the case law, there's no dispute that nuns, funded, merged, adopted, and executed, these aren't disputed. They're not disputed. What the other slide says is that sponsored congregations can use match boards that have been previously established. But the case law doesn't require a match board. It just requires some implementation on behalf of the employer and the employee or the church member to be in the quorum. And the reason why we don't have a match board is because we don't have a plan. We just don't have a plan. We don't have a plan. We don't have a plan. We don't have a plan. So, all of you, the seven of you have a constitution. And the date that the plan went into effect was January 1, but the actual execution document is the signature page number 3. That's a November 19 document. There's an independent document for all the seven plans and each plan, previous sponsor of the plan had to execute and agree to merge. Let's move on. Let me read a little bit of that. It's on your first document. It's in your document. It's due to the song that tells the song to the other, but it involves an amateur. So, one is an amateur who's not a church, and the other is an amateur who is not a church who are a church, and the constitution is established by the church. Are the churches now? No. It's been 32 years. No, there's never been such a requirement. The IRS has never looked at that. I'm also not a part of the Congress, and I'm not going to be a part of the Congress, but I'm not a member of the Congress. I'm not a member of the Congress. I'm not a member of the Congress. Right. Do we have any choice at all in respect to the others that you just said that we want to make our own? Who are they? Right. Are they all amateur church organizations? There are no cases like that because there are no – there's just a case law, but it needs to establish. It's just very hard to talk about. I don't know of any case law. If you are an amateur, how would you like to talk about it? It's – yes, and if you – now, the reason why – I know you said you are so disposed, you disagree. We're fine. We are fine with a holding that would limit this case to establish and would take care of the situation. If there was a holding that would limit this case to establish and would take care of the situation. If there was a holding that would limit this case to establish and would take care of the situation. Right. How would you like to talk about that? So, there's the retirement committee, which – The retirement committee is what? It's a committee whose principal purpose is the administration of society. Okay. And it's being maintained by the principal purpose of the administration. No, Dignity is the principal. Okay. And it's being maintained by the principal purpose of the administration. Would you say there's some part of the administration which has always been in the way of justice? Yes. What's not in the way of justice? Dignity maintains the plan in the sense that it funds it. The retirement committee administers it. Yes, but the cost is a lot higher. Maintain includes funding administration, and that's why it's called administration. No, it administers it, which is called? Maintain is defined in the Provision for Interpreting to be either administration or funding. Either or. Either or. And a little ago, about 32 years ago, this was called three federal agencies. This has never been a question. And all of that involves these types of retirement committees. And if you were to disagree, what would be a strange, weird space to make the retirement committee either a college or something else we call a retirement organization? Yes. But it's something that's been around for a long time, and it's being administered by the administration, and it's being funded by the administration. So it's a great opportunity, but it's not a qualified administration. But it has to be maintained by the principal purpose of the administration and the administration. No, but the retirement committee is. So, you're saying that these committee members, these are the people who are in charge of administration, and they're the people who are in charge of the organization within the administration? Well, the virus took that in 1983, and I think the administration is concerned. Well, there's a different element, but also there you said it's very broad. It says an organization, an incorporator, otherwise. No, it says an organization, whether it's a non-corporating or an organization. Right. It's a non-corporating organization. It's the other ones. Right. And how can we do that? Otherwise, we're going to go into all the other stations, such as non-corporate associations, and partnership, and some other agencies. I don't think so. And how can we do that? A sub-division of the organization. So, what we call a sub-division or a sub-division, a uniform sub-division within the corporate system. So, what we say in the briefs, it's the initial section in the list itself of an employee organization. An employee organization includes the committee. So, I think at least you have a technical book right there. The statutes, and the organizations defined to be a committee. I'm sorry, can I take it back? I think it represents, or at least it does represent, and the... I think it fits the plan language. And it does, through the federal statutes, presuppose that the committee's plan, it's the local insurer's plan, refers to the tax and securities law. And all that you would be doing is basically saying, I'm sorry, I don't know what you're thinking, but okay. Well, it's a policy argument. It should motivate you, but this is an empty requirement again. You're just making a church figure out how to get its retirement commission out of a hospital. It's again, denying beneficiaries. All you're doing is you're saying, well, we should see everything we can to create this statute against federal hospitals. And so, that's our main purpose. It's the beneficiaries whatsoever. And you're mucking around with religion and the free respects that I talked about. It's a... And just because you're telling, and this would be very difficult, especially with the, I was trying to say, Protestant religious, particularly, that don't belong to the continuing stable. They have no, they're not controlled by any church. And it makes it very difficult for them to find a stable. You're basically talking about a bad excuse to try and separately incorporate into a retirement plan, which seems a little extreme. And again, I think that it would be extraordinary. I have no, no case in mind. And I've seen two before. Otherwise, I would have sent three federal agencies on this statute and they would have sued us for it. Well, of course not. You're taking a step more different on steroids. On steroids, I have never seen a case. Well, it's there. In my office, I've never seen a case. I've never seen it. It's very, it's very important. I've never seen a case where they've said, okay, 30 years, they were sued for the Soyuz line, which is really plain. I don't know how we can work against this. And there are all these billions of dollars lying on this. But the IRS has hundreds and hundreds of employees that submit to those statutes every day. It's just as much that none of them say that a possible losing statute based on these retirement committees. To upset that, and they sue for no reason. It's never been identified. It seems pretty extreme. I would like to make a motion to support a church-coordinated group to obtain a corporation that is an independent organization, so a church-coordinated group that will purchase the corporation and run it as a church. You have to say no. Absolutely not. If it was submitted by a private corporation that purchased the church, it would be incorporated. There's no such thing as a church plan unless it covers a church employee, or a church-coordinated employee, and if the employer has two church employees. So, I would like to make a motion to provide a corporation. Most churches are built around private corporations, but many churches are incorporated. There's nothing evil about the word incorporated. If you're talking about for-profit, that can't happen. It cannot happen that a for-profit instantly employs a non-church member because the definition of 33, and in the IRS, it's very specific. So, I would like to make a motion to provide a corporation. I do understand that. Okay. So, you're saying, you're saying that that's, well, again, for no reason, it helps beneficiaries that are applying for a corporation, just like domestic abuse. You don't read any notes. What you do is, it's a mystery. So, they go to hospitals, or they go to schools, and it's best to provide a corporation. And something like that, in its big, seems to bother you. So, you're saying, legally, it would not take anything other than implementation of the medical structure. However, practically, that would not mean that the church doesn't have a plan, and it would be personally impossible for Jewish and Protestant organizations to comply with this requirement. You have to find people. I mean, every Jewish organization that I know of, or a member of, is not going to have a center. You have to go find one that will establish their plan, and open it all up to a certain stakeholder identity. I mean, it's silly at the end of the day. That is very hard to see why. If you are saying that you have to find a center, you're talking centers of a company member, a people, a building. I don't know of any where the synagogue or a Baptist church has established a plan on behalf of a Baptist organization or a Jewish organization, because most of these congregational organizations and the Muslims, we can say, they are internationally and regionally associated with the church or synagogue or they're in the chamber after you've met them. You need examples of how people have populated the Jewish ones and the Baptist ones. It would be extremely hard for these organizations that we are currently seeing in the Middle East to try to keep this controlled no matter if they don't control the religious organizations that we get into now. You know, I mean, there's a situation where we're going around and saying, you know, right? You want to talk to people who are in the church. Right. So, well, it's an association of reformed rabbis in the church. Well, so is this Catholic hospital. That's the problem. The church community is there. They're not, I mean, you know, some of the association of reformed rabbis is in the congregation. And, to be fair, as to protecting saints, we're talking strongly to prayer for, you know, a witness. So, no, I don't. And, again, I think there actually is a reason for us to do it this way and ask for people to just entertain this mess. But, again, what they have here is they will maybe just do something in this church. You're talking about a church or synagogue that may or may not have access and they have no way of knowing what it's getting themselves into and discussing whether we do that if they have a serious health problem. There are Jewish hospitals that are in the IRS. There's 500 federal ones that are in the record. So, a lot of variety and different types of organizations that maintain these events. A lot of them are hospitals that are in the IRS. It's true that it's such a complex enterprise that it's only the nuns and the Jews that want to do it. It's not positive and it's not fun, but they do it because they're really just motivated and no one wants to do           It's not fun. It's not  It's not fun.  not fun. And it's not fun. It's not fun. And the audience will just not like     just never  it. And anyway, generally I would say in the context and talking about Congress, Congress's mandate is free. Well, then you're just saying that even though there's no good reason, we just want the rest of these rights to be possible. The context is that none of them have a reason to be free. You can say that even though the requirement to have a fair purpose, at least the big guys do. But understand what I'm saying about Congress, free federal statutes, free spokes, the YMCA, which belongs to the other side. It's assuming that Congress put out there and picked a Christian organization and the Christian health club is the only one that has been around for 80 years and never been established by a church. And so you're just wading into a purpose that no other agency has seen for 30 years and that's the problem. I'm not going to go into the specifics of  But I'm going to talk about some of the issues that Congress has raised. And I'm not going to go into the specifics of the   Congress    I'm not going  go into the specifics of the issues that Congress has raised. And I'm not going to go into the specifics of the issues that Congress has raised. I'm not  to go into the raised. And I'm not  to go I'm not going to  into the specifics of the issues that Congress has raised. And I'm not going to go into the specifics of the     raised. And of the raised. And I'm not     the  And I'm not going going to go into  specifics of the raised. And I'm not going to go into the specifics of the raised. And I'm not going to go into the  of specifics of the raised.  I'm not going to go into the  of the raised. And not going to go  the specifics of to go into the specific of the raised. And
judges: Tashima, W. Fletcher, Gettleman